IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY HINTON,** | : | CIVIL ACTION |
|       **Plaintiff** | : | |
| | : | |
|   v. | : | No. 08-0295 |
| | : | |
| **FRANKLIN J. TENNIS, et al.** | : | |
|       **Defendants** | : | |

**O R D E R**

**AND NOW,** this   12th   day of March, 2009, upon consideration of the Commonwealth Defendants' motion to dismiss (Document #10), and the plaintiff's response thereto (Document #18), it is hereby ORDERED that the motion is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that:

1. Defendant Simcox is DISMISSED as a defendant in this action;

2. Defendants Evans Gary, Jr., and Richard Bennett are DISMISSED as defendants in this action because of the lack of proper service;

2. The plaintiff shall file an amended complaint consistent with this Memorandum within thirty (30) days of the date of this Order;

3. Also within thirty (30) days of the date of this Order, Defendant Mr. Hamilton shall file a reason to show cause why default judgment should not be entered against him for failure to respond to this complaint.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.