# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY HINTON, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | No. 08-0295 |
| | : | |
| FRANKLIN J. TENNIS, et al. | : | |
|     Defendants | : | |

## **O R D E R**

**AND NOW**, this 27th day of October, 2010, upon consideration of the defendants' unanswered motion for summary judgment (Document #29), it is hereby ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.